LIBERTY MUTUAL INSURANCE COMPANY ET AL., APPELLEES, *v.*
ALLSTATE INSURANCE COMPANY ET AL., APPELLANTS.

[Cite as Liberty Mut. Ins. Co. *v.* Allstate Ins. Co. (1985),
16 Ohio St. 3d 8.]

(No. 84-1039—Decided February 6, 1985.)

*Messrs. Roetzel & Andress, Mr. Richard E. Guster* and *Mr. George W. Rooney, Jr.,* for appellees.

*Nukes & Perantinides Co., L.P.A., Mr. Chris T. Nolan, Ms. Elizabeth Bateman Manning* and *Ms. Linda Tucci Teodosio,* for appellants.

This cause came to be certified on June 13, 1984 by the court of appeals in case No. 11275 as being in conflict with *Goss* v. *Cincinnati Ins. Co.* (Sept. 12, 1983), Cuyahoga App. No. 46386, unreported. However, since *Goss* v. *Cincinnati Ins. Co.,* No. 83-1712, was on February 15, 1984 reversed and remanded by this Supreme Court on authority of *Willoughby Hills* v. *Cincinnati Ins. Co.* (1984), 9 Ohio St. 3d 177 (Ohio Official Reports Advance Sheets, Feb. 20, 1984, at page A-3), the motion to certify was improperly granted by the court of appeals.

Notwithstanding the above, in the interest of judicial economy the present cause is affirmed on authority of *Willoughby Hills* v. *Cincinnati Ins. Co., supra,* and *Goss* v. *Cincinnati Ins. Co., supra.*

CELEBREZZE, C.J., SWEENEY, FORD, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.

HOLMES, J., dissents.

FORD, J., of the Eleventh Appellate District, sitting for Locher, J.